U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 6 2017

TONY R. MOORE, CLERK
BY \_\_\_\_WA\_\_\_\_
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-cr-00064 |
| VERSUS | JUDGE FOOTE |
| FRANK MANNING, JR. | MAGISTRATE JUDGE HORNSBY |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count 1 of the Indictment.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 16th day of August, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE